BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TODD WOOLCOTT<br> xxx-xx-7122<br><br>                   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>                   Defendant. | Case No.   14-cv-2837 CKD<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 21, 2015, to June 12, 2015 with all other deadlines extended accordingly.  This extension is required due to the counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: May 21, 2015              /s/Bess M. Brewer
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated: May 21, 2015              Benjamin B. Wagner
                                 United States Attorney

                                 Donna L. Calvert
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ Francesco Benevides
                                 FRANCESCO BENAVIDES

                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   May 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2