1    BENJAMIN B. WAGNER
     United States Attorney
2    DONNA L. CALVERT
     Regional Chief Counsel, Region IX
3    Social Security Administration
     FRANCESCO P. BENAVIDES
4    Special Assistant United States Attorney
             Social Security Administration
5            160 Spear Street, Suite 800
             San Francisco, CA  94105
6            Telephone: 415-977-8978
             Facsimile: 415-744-0134
7            Email: Francesco.Benavides@ssa.gov
8    Attorneys for Defendant
9

10                        UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

12                            SACRAMENTO DIVISION

13
     TIMOTHY TODD WOOLCOTT,              )
14                                       )
             Plaintiff,                  )   Case No. 2:14-cv-02837-CKD
15                                       )
         v.                              )   STIPULATION AND ~~PROPOSED~~ ORDER
16                                       )   FOR EXTENSION OF TIME TO FILE
                                         )   DEFENDANT'S OPPOSITION TO
17                                       )   PLAINTIFF'S MOTION FOR SUMMARY
     CAROLYN W. COLVIN,                  )   JUDGMENT
18   Acting Commissioner of             )
     Social Security,                    )
19                                       )
             Defendant.                  )
20   _____  )
21

22       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

23   attached Order, that the respondent Commissioner of Social Security shall have her **FIRST** extension of

24   time of 30 days to respond to Plaintiff's Motion for Summary Judgment (Docket No. 14).  There is good

25   cause for this extension because the defense counsel originally assigned to this matter is taking extended

26   leave, and the matter will be internally reassigned to co-counsel who will require additional time to

27   review the administrative record and response to Plaintiff's Motion for Summary Judgment.  The current

28

                                             1

due date is July 13, 2015.  With a 30-day extension of time, the new due date for Defendant's response will be August 12, 2015.

Date:    *June 22, 2015*                              LAW OFICE OF BESS M. BREWER

                                   BY:    */s/ Francesco Benavides for Bess Brewer\**
                                          BESS M. BREWER
                                          [*authorized by email on June 22, 2015*]


Date:    *June 22, 2015*                              BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                   BY:    */s/ Francesco P. Benavides*
                                          FRANCESCO P. BENAVIDES
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant


## ORDER


        APPROVED AND SO ORDERED.


Dated:  June 23, 2015
                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE