BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM MODI
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: 415-977-8978
Facsimile: 415-744-0134
Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY TODD WOOLCOTT, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-02837-CKD |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR EXTENSION OF TIME TO FILE |
| ) | DEFENDANT'S OPPOSITION TO |
| CAROLYN W. COLVIN, ) | PLAINTIFF'S MOTION FOR SUMMARY |
| Acting Commissioner of ) | JUDGMENT |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have her **SECOND** extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment (Docket No. 14).  There is good cause for this extension because the matter was internally reassigned to new counsel who, due to several pending cases, requires additional time to review the administrative record and respond to Plaintiff's Motion for Summary Judgment.  The current due date is August 12, 2015.  With a 30-day extension of time, the new due date for Defendant's response will be September 11, 2015.

1

Date:  <u>August 11, 2015</u>          LAW OFFICES OF BESS M. BREWER

                        BY:  <u>/s/ Francesco Benavides for Bess Brewer</u>*
                             BESS M. BREWER
                             [*authorized by email on Aug. 10, 2015]


Date:  <u>August 11, 2015</u>          BENJAMIN B. WAGNER
                             United States Attorney
                             DEBORAH L. STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                        BY:  <u>/s/ Asim Modi</u>
                             ASIM MODI
                             Special Assistant United States Attorney

                             Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.


Dated: August 18, 2015

                             _____
                             CAROLYN K. DELANEY
                             UNITED STATES MAGISTRATE JUDGE

2